IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TAVARRES HENDERSON,

    Plaintiff,

v.                                                  Civ. No. 24-0192 KG-JMR

UNITED STATES OF AMERICA, *et al*,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

IT IS ORDERED, ADJUDGED, AND DECREED that, to the extent Plaintiff Tavarres Henderson's Civil Letter-Pleading (Doc. 1) raises claims against Judge Browning or Judge Fashing, such claims are dismissed with prejudice. All remaining claims are dismissed without prejudice, and the Clerk's Office shall close the civil case.

/s/ KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.